UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN JEFFREY SAARI,<br><br>Defendant. | Case No. 4:15-CR-65-BLW<br><br>**ORDER AUTHORIZING DISTRIBUTION OF SEIZED FUNDS TO THE CLERK OF THE COURT** |

WHEREAS, Dave Parmenter, was appointed as counsel for the above defendant, on or about April 21, 2015;

WHEREAS, the sum of $5,765.80 was paid to Dave Parmenter by Clerk of the Court for representing the defendant in this matter; and

WHEREAS, pursuant to 18 U.S.C. § 3006(A)(f), the Court is to be reimbursed for funds expended for attorney fees if the Court finds funds available for payment from the person furnished representation and the Court finds herein that $3,232 is available for reimbursement, and pursuant to the representation by the Government that defendant, through his counsel, has no objection,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to authorize transfer of funds (docket no. 109) is GRANTED, and that such funds in the amount of $3,232 in the custody of the United States be paid to the Clerk of the

ORDER AUTHORIZING DISTRIBUTION OF SEIZED FUNDS - 1

Court for the District of Idaho as partial reimbursement for funds paid to the defendant's court-appointed attorney.

DATED: November 28, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court